DELLA CRANSTON, Appellant, v. ROCHESTER CENTRAL PROPERTIES, INC., Defendant, and DOMENICA CUSIMANO, Doing Business under the Firm Name and Style of "CARUSO'S RESTAURANT," Respondent.— Same decision and like cause of action as in companion case of *William Cranston* v. *Rochester Central Properties, Inc. (ante, p. 1051)*, decided herewith. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

CAMIL BEAUMONT, Respondent, v. VICTOR COLLIE and RALPH WALLETT, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendants' motion to vacate a notice of examination before trial of defendant Collie.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT NUGENT, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts the defendant of the crime of robbery, first degree, as a second offender.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

JOSEPH LAUGHLIN, Doing Business under the Assumed Name and Style of LAUGHLIN'S BROKERAGE COMPANY, and Another, Appellants, v. ISADORE GREENHOUSE, Defendant, and BERNARD WOLLEN, Respondent.— Judgment reversed on the law and facts and new trial granted, with costs to the appellants to abide the event. Appeal from order dismissed as academic. Finding of fact disapproved and reversed. Memorandum: The judgment in favor of defendants rests upon findings that the defendant Greenhouse in payment of his debt to defendant Wollen, delivered to Wollen the chattels listed in an unfiled chattel mortgage given by Greenhouse to Wollen. We believe these findings to be against the weight of evidence. In view of the unsatisfactory state of the record we think that the ends of justice will be best served by granting a new trial. All concur. (The judgment dismisses plaintiffs' complaint on the merits in an action to set aside a chattel mortgage in fraud of creditors. The order denies plaintiffs' motion for a new trial on the ground of newly-discovered evidence.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

WILLIAM WEINERT and HERMAN WEINERT, Stockholders of MARCH GOLD, INC., Suing on Behalf of Themselves and on Behalf of All Other Stockholders, Respondents, v. EDWARD KINKEL and Others, Appellants. (Action No. 6.) Also Five Similar Actions.— Order so far as appealed from affirmed, without costs. All concur. (The portion of the order appealed from denies defendants' motion to dismiss plaintiffs' complaint for failure to prosecute.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RIVERDALE CEMETERY ASSOCIATION OF NIAGARA FALLS, NEW YORK, and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concur. (The portion of order appealed from denies motions of defendants to dismiss plaintiff's amended complaint as to first and third causes of action in an action to compel accounting as to management of funds.) Present — Crosby, P. J., Cunningham, Taylor, Dowling, and Harris, JJ.